U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 MAY -8 P 4: 13
STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SETH M. RECTOR,

    Defendant.

Case No. 18-CR-
[18 U.S.C. § 2252A(a)(5)(B)]

18-CR-103

**Green Bay Division**

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about October 26, 2017, in the State and Eastern District of Wisconsin,

**SETH M. RECTOR**

knowingly possessed matter that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained the age of 12 years, and which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported by a means of interstate and foreign commerce, including by computer.

2. The child pornography possessed by the defendant included image files identified by the following partial file names:

| Partial File Name | Description |
|---|---|
| BED3EFC4 | Image depicting a naked, prepubescent minor female, under 12 years of age, that appears to be hanging by a rope tied around her neck. The minor female is looking down and both of her arms are behind her back. |

| Partial File Name | Description |
|---|---|
| AACCE0C2 | Image depicting a naked, prepubescent minor female, under 12 years of age, kneeling down. Two adult males are displaying their penis close to the face of the minor female. One of the male's penis has a white substance on the tip that is touching the minor female's face. |
| F19ADFC | Image depicting a naked toddler performing fellatio on an adult male's penis. |

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE NOTICE

Upon conviction of the above count in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses, including, but not limited to, the following:

1. One Dell Inspiron 3646, serial number G72L822, containing one 500GB Toshiba hard drive, S/N 843RE1SKS;

2. One HP Pavilion p2, serial number 3CR2300BGZ containing one 500 GB Seagate hard drive, S/N Z3TOABR7;

3. Any other equipment, instrumentalities, and items used or intended to be used in the transportation, shipment, production, receiving, distribution, or possession of child pornography.

A TRUE BILL:

_____
FOREPERSON
Dated: 5-8-2018

_____
MATHEW D. KRUEGER
United States Attorney