Dear Honorable Judge William Griesbach,

    I am requesting a reduction in my sentence to timed served. I really need to be with my family during these uncertain times. When I first arrived here at Milan within 10 days my father suffered a stroke. It was my worst nightmare come true, I was totally helpless, and in the worst despair of my life. I started trying to file for a reduction in sentence to be with my father, being that he lives alone and I am very concerned about something happening and no one being there for him. I started filing and the Counselor here Mr. Ellison fought me every step of the way telling me I didn't need to file any paperwork I could just write the Judge for a reduction. This went on for weeks with him calling me into his office for he could throw fits because I was still filing the paperwork. This culminated to him calling me into his office and ripping up my BP9 in front of my face. I turned the BP9 in 3 weeks prior and you only have a month to file after requesting the first time. Needless to say I had to file again and use a new date because he had ripped the previous one up and made me use a date atleast 3 weeks prior to me first filing. When I was denied he called down to food service 3 times for me to come back to the unit when there was only 10 minutes left on my shift. He gloated and stated that he told me so. It is very immature

U.S. DISTRICT COURT EASTERN DISTRICT - WI FILED 2020 MAY 13 P 2:40

for him to act in this manner, my Dad just suffered a stroke for Pete's sake. After all of this I stopped filing and had my sister write to you. My case manager Mr. Lea is supposed to file for my halfway house with 18 months to my release date. I saw him a couple months ago with about a year till my release date and he hadn't even sent any of the paperwork in. My first day at Milan Mr. Lea came up to me and said he is glad someone like me isn't from Michigan. In my team meetings he has maybe said 3 sentences to me. I try to track him down to see when my halfway house date is, but he always said he is to busy which is a complete lie. He says that and goes and talks with his co-workers he just ignores me. I am elegible for 12 months halfway house I have 10 months until my release date and my halfway house paperwork hasn't even been filed. I tell you all this because I am trying to follow the proper channels but I can only do so much. I have worked for almost my whole stay at Milan, I have participated in alot of the programming that they offer, I have never recieved a shot or had any disciplenary action taken against me. I have been a model inmate. With all that is going on in the world right now I am very concerned about my family. Both my parents are pushing 70 yrs. old. I want to be home in case anything would happen to them. This is the most important thing in my life. I had a great childhood and I want to be there for them like they were for me. I am very concerned and should be with my family.

I most certainly am no danger to my community. I have already been on house arrest waiting to be sentenced. I am also concerned that they may waive my halfway house because of this corona virus. Please allow me to spend this time with my family it would mean the world to me. Thank You for your consideration Sincerely Scott Reiter

Seth Rector
NAME
16671-089
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Honorable Judge William Griesbach
Eastern District Wisconsin
517 E. Wisconsin Ave
Milwaukee, WI 53202

53202$4500

