# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **REVOCATION HEARING** |
| **SETH M. RECTOR** | Case No. 18-CR-103 |

HONORABLE William C. Griesbach, presiding  Time Called: 9:03 AM
Proceeding Held: September 13, 2021  Time Concluded: 9:23 AM
Deputy Clerk: Mara  Tape: 091321

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | William J. Roach |
| SETH M. RECTOR in person and by: | Scott L. Stebbins |
| US PROBATION OFFICE by: | Kevin Norman |

☒ Defendant does not contest violation(s) of the conditions of the term of supervision.
Violation numbers: 1

☒ The court finds that the defendant has violated conditions of the term of supervision.
Violation numbers: 1

☐ Defendant contests violation(s) of the conditions of the term of supervision.
Violation numbers:

☐ The court finds that the defendant has not violated conditions of the term of supervision
Violation numbers:

☐ The court makes no finding as to violation(s) of the conditions of supervision.
Violation numbers:

☒ The court finds that the defendant has violated the conditions of the term of supervision.
☒ The court revokes the defendant's term of supervision and imposes the following sentence:
  ☒ 4 months imprisonment in the custody of the Bureau of Prisons.
    To be served: ☐ concurrently ☐ consecutively ☐ to state sentence
  ☒ 5 years of supervised release; or
  ☐ No further term of supervised release to be imposed.
☐ Recommendations:
☒ Defendant advised of appeal rights.

The Court addresses the defendant's violations of supervised release and states the defendant's motion to adjourn this hearing was recently denied. Mr. Stebbins discusses the defendant's sex offender treatment plan.
Mr. Roach states the government will recommend revocation.
Mr. Stebbins states the defendant would like the opportunity to begin treatment and notes he is currently on house arrest.

The Court discusses the defendant's PSR and notes he was given a lenient sentence for the underlying offense. The Court is concerned as to the defendant's recent OWI (5th offense) and believes he is a danger to the public. Mr. Roach recommends revocation and a guideline range sentence of 4-10 months with additional supervised release. Defendant requests a lower guideline range sentence.

Mr. Rector addresses the Court.

Mr. Stebbins states there is a presumption of 18 months imprisonment in state court for the defendant's 5th OWI offense. The Court states this sentence shall commence forthwith.